**Troy R. ELLIOTT, Appellant,**

v.

**Jeff ATKINSON, Jr., Appellee.**

No. 02–3618.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 29, 2002.

Decided Dec. 3, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate Troy R. Elliott appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude the district court properly dismissed the complaint as frivolous for the reasons that the court discussed. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47A(a).

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.